Matthew Thomas
(Name)

00805606
(Institution Register No.)

PO Box 311, El-dorado KS 67042
(Current Mailing Address)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Matthew Thomas, Plaintiff
(Full and Correct Name)

CASE NO. 21-3116-SAC
(To be supplied by the Clerk)

vs.

KDOC
El-Dorado
Nicholas Greene
, Defendants

**CIVIL RIGHTS COMPLAINT PURSUANT TO 28 U.S.C. 1331**

## A. JURISDICTION

1) Matthew Thomas is a resident of Wichita
   (Plaintiff)                  (State of residency prior to incarceration)

   who presently located at PO Box 311 El-Dorado, KS 67042
                           (Mailing address or place of confinement.)

2) Defendant El-dorado KDOC is a resident of
              (Name of first defendant)
   El-Dorado Kansas, and is employed as
   (City, State)
   Department of Corrections, and may be
   (Position and title, if any)
   located at PO BOX 311. At the time the claim(s) alleged
              (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☑

   If your answer is "Yes", briefly explain: _____

3) Defendant __Nicholas M. Greene__ is a resident of
   (Name of first defendant)
__El Dorado, Kansas__, and is employed as
   (City, state)
__CSI - KDOC Employee__, and may be located at
   (Position and title, if any)
__PO Box 311 El-Dorado, KS__ At the time the
   (Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☐ No ☑. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction

under different or additional statuses, you may list them below.)

__Theft__

__Neglict__

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

I was in a physical alteration on 4-17-2021 at 1415 hs, I had Eye glass, Pictures, Cup, Book, much more, Pictures w/ Cards Mail, legal mail also, Mr. Greene #K00023397 Losted all property listed due to his back out, and they were more Losted

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __Neglect__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On 4-17-21 Property was not Packed and was Neglected By KDOC Employee

B) (1) Count II: __Theft__

(2) Supporting Facts: __Items Lost__

C) (1) Count III: _____

XE-2 (F)            CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

CERTIFICATE OF SERVICE

(For Registered Electronic Filing Users)

I hereby certify that on __4-28-21__, I electronically filed the foregoing document with the clerk of
(Date)

the court by using the CM/ECF system which will send a notice of electronic filing to the following:

E-File

*[list parties that are CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participants:

*[list parties that are not CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ _Matthew Finance_
Name
Address _PO Box 115_
_El Dorado, KS 67042_
Phone Number
Email Address

~5~